NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**APELDYN CORPORATION,**
*Plaintiff-Appellant,*

v.

**AU OPTRONICS CORPORATION** AND
**AU OPTRONICS CORPORATION AMERICA,**
*Defendants-Appellees,*

AND

**CHI MEI OPTOELECTRONICS CORPORATION**
AND **CHI MEI OPTOELECTRONICS USA INC.,**
*Defendants-Appellees.*

---

2012-1172, -1173

---

Appeals from the United States District Court for the District of Delaware in case no. 08-CV-0568, Judge Sue L. Robinson.

---

**ON MOTION**

---

**O R D E R**

Apeldyn Corporation ("Apeldyn") moves, unopposed, for a 90-day extension of time to file its docketing statement; its designation of materials for the appendix and statement of the issues to be presented for review; its certificate of compliance with Federal Circuit Rule 11(d) pertaining to review of the record to determine whether protected portions need to remain protected on appeal; and its opening brief.

In a footnote, Apeldyn indicates that Samsung Electronics America, Inc. and Samsung Electronics Co., Ltd. are improperly listed in the caption, because these parties were terminated from the litigation on July 2, 2010. This footnote is interpreted as a motion to reform the caption by removing these parties.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) Apeldyn's motion for an extension of time is granted.

(2) The motion to reform the caption by removing Samsung Electronics America, Inc. and Samsung Electronics Co., Ltd. is granted. The revised official caption is reflected above.

FOR THE COURT

FEB 16 2012
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

FEB 16 2012

JAN HORBALY
CLERK

cc:  Gaspare J. Bono, Esq.
     Don H. Marmaduke, Esq.
     Terrence Duane Garnett, Esq.
     Donald R. McPhail, Esq.
     Neil Phillip Sirota, Esq.

s21